Alan B. TURCOTTE, Respondent,

v.

DETROIT MARINE, INC., and John Deere Insurance Company, Respondents,

Dairy Supply Company, and Farm Bureau Insurance Company, Relators.

U.S. Department of Veterans Affairs, intervenor, Respondent,

Minnesota Department of Economic Security/RI, intervenor, Respondent.

No. C7–99–462.

Supreme Court of Minnesota.

May 26, 1999.

Hannig & Ellison, P.A., Jeffrey R. Hannig, Moorhead, for Employee–Respondent.

McCollum, Crowley, Vehanen, Moschet & Miller, Ltd., Jerome D. Vehanen, Nancy E. Lamo, Bloomington, for Employer–Insurer–Relators.

Richard H. Rhode, Reemployment Insurance Division, MN Dept. of Economic Security, St. Paul, Pro Se Intervenor–Respondent.

Pustorino, Tilton & Parrington, P.A., Louis R. Tilton, Minneapolis, for Employer–Insurer–Respondent.

Ruth M. Hildreth, U.S. Department of Veterans Affairs, Office of Regional Counsel, Minneapolis, for Intervenor–Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 18, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

James Gilbert

James Gilbert
Associate Justice